■ In the Matter of KAREN URRUTIA, Petitioner, v RICHARD F. DAINES et al., Respondents. [934 NYS2d 343]—

The determination of the New York State Department of Health, made after a hearing, affirming a determination of the Nassau County Department of Social Services, is supported by substantial evidence (*see Matter of LoBlanco v Hansell*, 83 AD3d 1072, 1073 [2011]). The petitioner failed to demonstrate "significant financial distress" caused by "exceptional circumstances" within the meaning of the spousal impoverishment provisions of federal and state law (42 USC § 1396r-5 [e] [2] [B]; Social Services Law § 366-c [8] [b]; 18 NYCRR 360-4.10 [a], [b]; *see Matter of Balzarini v Suffolk County Dept. of Social Servs.*, 16 NY3d 135, 142-144 [2011]; *Matter of Schachner v Perales*, 85 NY2d 316, 322 [1995]). Contrary to the petitioner's contentions, a "community spouse" is not entitled to an amount in excess of the statutory minimum monthly maintenance needs allowance absent a showing of such exceptional circumstances (*Matter of Gomprecht v Gomprecht*, 86 NY2d 47, 52 [1995]).

The petitioner's remaining contentions are without merit. Skelos, J.P., Leventhal, Belen and Roman, JJ., concur.